**Paul VARSZEGI, Plaintiff–Appellant,**

v.

**Asst. Atty. General Steven R. STROM, Ind., Giovanny Gomez, Warden, I/O, Clyde McDonald, Med. Dir., I/O, Gary Baynes, Capt., I/O, Rick Bartholomew, Counselor, Ind., Faraci, Officer, I/O, Charles Zemola, Officer, I/O, Hooker, Officer, I/O, Todd Bogdanoff, Dr. I/C, Mingzer Tung, Dr. I/O, Thomas Curry, Property Officer, I/C, D. Borgos, Lt. I/C, Homes, Lt. I/C, Edward Myers, Captain, I/O, Mike Giannetto, Morris, Lt., Valerie Cote, Terry Peloff, Don Hintz, Pat Morris, Jackie Harris, Michele Mannison, Helen Dorsey, Fred Watton, Lahda, Major, Defendants–Appellees,**

**John J. Armstrong, Walter Parker, Don Hebert, Officer, I/O, Audrey Brown, Officer, I/O, Drafer, Officer, I/O, Kunjathan Thankapann, Todd Romagna, Property Officer, I/C, John Alves, Property Officer, I/C, Joseph Emanuel, Captain, I/O, Defendants.**

No. 07–1597–pr.

United States Court of Appeals, Second Circuit.

April 28, 2009.

Paul Varszegi, Newton, CT, pro se.

Robert B. Fiske, III, Assistant Attorney General, for Richard Blumenthal, Attorney General, Hartford, CT, for Appellees.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. WALKER, and Hon. PIERRE N. LEVAL, Circuit Judges.

## SUMMARY ORDER

Paul Varszegi, appearing *pro se*, appeals from a judgment of the United States District Court for the District of Connecticut. Varszegi filed a forty-four count complaint under 42 U.S.C. § 1983 against corrections officers, prison officials, doctors, and an assistant state prosecutor for alleged violations of his constitutional rights and Connecticut law. The district court granted summary judgment as to all Varszegi's claims by ruling and order dated March 23, 2007. We assume the parties' familiarity with the underlying facts, the procedural history of the case, and the issues on appeal.

We have considered all of Varszegi's arguments and find them to be without merit. We affirm for substantially the reasons stated by the district court in its thorough decision.

For the foregoing reasons, the judgment of the district court is hereby **AFFIRMED.**